

## UNITED STATES PATENT AND TRADEMARK OFFICE

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

JANUARY 29, 2018

PTAS

COLLARD & ROE, P.C.
1077 NORTHERN BLVD.
ROSLYN, NY 11576

**900435103**

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT RECORDATION BRANCH
OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE COPY IS AVAILABLE AT THE
ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION
CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT
AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE
QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE ASSIGNMENT RECORDATION
BRANCH AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT
AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT RECORDATION BRANCH, P.O. BOX
1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 01/10/2018          REEL/FRAME: 6247/0253
                                      NUMBER OF PAGES: 5

BRIEF: ASSIGNS THE ENTIRE INTEREST

DOCKET NUMBER:    030089

ASSIGNOR:
    BIRZLE, MARTIN                    DOC DATE: 01/08/2018
                                      CITIZENSHIP: GERMANY
                                      ENTITY: INDIVIDUAL

ASSIGNEE:
    ROOR INTERNATIONAL BV             CITIZENSHIP: NETHERLANDS
                                      ENTITY: BESLOTEN VENNOOTSCHAP (B.V.)
    SINT NICOLAASSTRAAT 19
    1012 NJ AMSTERDAM, NETHERLANDS

SERIAL NUMBER: 75241572               FILING DATE: 02/13/1997
REGISTRATION NUMBER: 2235638          REGISTRATION DATE: 03/30/1999
MARK: ROOR
DRAWING TYPE: AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) IN
              STYLIZED FORM

SERIAL NUMBER: 75514874               FILING DATE: 07/07/1998
REGISTRATION NUMBER: 2307176          REGISTRATION DATE: 01/11/2000
MARK: ROOR
DRAWING TYPE: AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) IN
              STYLIZED FORM

```
SERIAL NUMBER: 77653139              FILING DATE: 01/21/2009
REGISTRATION NUMBER: 3675839         REGISTRATION DATE: 09/01/2009
MARK: ROOR
DRAWING TYPE: AN ILLUSTRATION DRAWING WITH WORD(S) /LETTER(S)/ NUMBER(S) IN
              STYLIZED FORM


ASSIGNMENT RECORDATION BRANCH
PUBLIC RECORDS DIVISION
```